1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, 11th Floor
6    San Francisco, California 94102
     Telephone: (415) 436-7200
7    Facsimile: (415) 436-7234
     E-mail:
8
   Attorneys for Plaintiff
9                                       UNITED STATES DISTRICT COURT
10                                     NORTHERN DISTRICT OF CALIFORNIA
11                                            SAN FRANCISCO DIVISION
12 UNITED STATES OF AMERICA,           )   No. CR 10-0242 WHA
                                       )
13         Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                       )   INTERIM PROTECTIVE ORDER RE:
14      v.                             )   DISCOVERY OF FINANCIAL ACCOUNT
                                       )   AND IDENTITY INFORMATION
15 CLARIN GRACE TAMBOT-QUERIMIT,       )
                                       )
16                                     )
           Defendant.                  )
17 _____)

18         The Defendant, Clarin Grace Tambot-Querimit ("Tambot"), is charged with one count of

19 conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349.

20         The United States will produce to counsel for the defendant discovery consisting of

21 business records, financial institution records, law enforcement reports, and other records and

22 documents. Included within this discovery is bank account information (including account

23 numbers) and personal identity information (including, for example, names, dates of birth, social

24 security numbers, and driver's license numbers). Because of the substantial amount of financial

25 account and personal identity information to be produced in this case, and pursuant to Federal

26 Rule of Criminal Procedure 16(d), the parties stipulate, and the hereby Court orders, that

27 disclosure of these materials shall be subject to the following restrictions:

28

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER
CR 10- 242 WHA

1.    Except when being actively examined for the purpose of the preparation of the defense, all discovery containing financial account and personal identity information produced by the United States to counsel for the defendant shall be maintained in an area that is accessible only to defense counsel or other attorneys and employees of counsel's law office.  The government agrees, however, that defense counsel may provide one copy of any recorded telephone calls to the Defendant for her review outside of his office.  Other than the exception regarding recorded telephone calls, defense counsel shall not permit any person access of any kind to the discovery except as set forth below.

2.    The following individuals may examine the discovery for the purpose of preparing the defense:

    (a)    Counsel for the defendant, and any other attorneys, paralegals, or investigators in counsel's law office;

    (b)    The defendant, but only in the presence of defendant's counsel; and

    (c)    Any outside expert retained by the defense to analyze the discovery in this matter.

3.    A copy of this Order shall be maintained with the discovery at all times.

4.    No other person may be allowed to examine the discovery without further court order.

5.    All pleadings will comply with Federal Rule of Criminal Procedure 49.1 regarding redaction of certain identifying information.

6.    Within 30 days of the judgment and sentencing hearing in this matter, or within 30 days of any other resolution of the case, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States.  If an appeal is noticed and defense counsel continue to represent the defendant on appeal, defense

//

//

//

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER
CR 10- 242 WHA        -2-

counsel may continue to retain possession of the materials according to the terms of this Order until the conclusion of the matter in the Court of Appeals and Supreme Court (if certiorari is sought by any party).

IT IS SO STIPULATED:

DATED: May 3, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
TRACIE L. BROWN
Assistant United States Attorney

DATED: May 3, 2010

_____/s/_____
MARK D. EIBERT
Attorney for Clarin Tambot-Querimit

**IT IS SO ORDERED**.

DATED: ___May 4___, 2010

_____
THE HON. WILLIAM ALSUP
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*