JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CABN 184339)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLARIN GRACE TAMBOT-QUERIMIT, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-242 WHA <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 14, 2010 TO MAY 11, 2010 |

    The defendant, CLARIN GRACE TAMBOT-QUERIMIT, represented by Mark D. Eibert, Esquire, and the government, represented by Tracie L. Brown, Assistant United States Attorney, appeared before the Court on April 14, 2010 for the Defendant's initial appearance and arraignment.

    The matter was continued to May 11, 2010 at 2:00 before the Honorable William Alsup for the initial appearance in the District Court. The parties hereby request that time be excluded under the Speedy Trial Act between April 14, 2010 and May 11, 2010 because of the need to negotiate a protective order and provide and review discovery.

[PROP.] ORDER EXCLUDING TIME
Case No. CR 10-242 WHA

1   Based upon the representation of counsel and for good cause shown, the Court finds that
2   failing to exclude the time between April 14, 2010 and May 11, 2010 would unreasonably deny
3   the defendant continuity of counsel and would deny counsel the reasonable time necessary for
4   effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
5   3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
6   between April 14, 2010 and May 11, 2010 from computation under the Speedy Trial Act
7   outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
8   HEREBY ORDERED that the time between April 14, 2010 and May 11, 2010 shall be excluded
9   from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

11  DATED: May 3, 2010                          /s/
                                                TRACIE L. BROWN
12                                              Assistant United States Attorney

14  DATED: May 3, 2010                          /s/
                                                MARK D. EIBERT
15                                              Counsel for the Defendant

17  DATED: 4 May 2010
18                                              THE HON. BERNARD ZIMMERMAN
                                                United States Magistrate Judge

[PROP.] ORDER EXCLUDING TIME
Case No. CR 10-242 WHA                       -2-