JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN  (CABN 184339)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLARIN GRACE TAMBOT-QUERIMIT, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 10-242 WHA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 11, 2010 TO JUNE 15, 2010 |

    The defendant, CLARIN GRACE TAMBOT-QUERIMIT, represented by Mark D. Eibert, Esquire, and the government, represented by Tracie L. Brown, Assistant United States Attorney, appeared before the Court on May 11, 2010 for the Defendant's initial appearance in the District Court.

    The matter was continued to June 15, 2010 at 2:00 before the Honorable William Alsup for a status hearing.  The parties hereby request that time be excluded under the Speedy Trial Act between May 11, 2010 and June 15, 2010 because of the defense counsel's need to review the substantial discovery, which the government provided very recently.

[PROP.] ORDER EXCLUDING TIME
Case No. CR 10-242 WHA

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between May 11, 2010 and June 15, 2010 would unreasonably deny
3  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
6  between May 11, 2010 and June 15, 2010 from computation under the Speedy Trial Act
7  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
8  HEREBY ORDERED that the time between May 11, 2010 and June 15, 2010 shall be excluded
9  from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____May 12, 2010_____        _____/s/_____
                                     TRACIE L. BROWN
                                     Assistant United States Attorney


DATED: __May 12, 2010_____          ____/s/_____
                                     MARK D. EIBERT
                                     Counsel for the Defendant


DATED: ____June 14, 2010._____  _____
                                     THE HON. WILLIAM ALSUP
                                     United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

[PROP.] ORDER EXCLUDING TIME
Case No. CR 10-242 WHA                -2-