1  Mark D. Eibert (Bar # 116570)
   Attorney at Law
2  P. O. Box 1126
   Half Moon Bay, CA 94019-1126
3  Telephone: (650) 638-2380
   Fax: (650) 712-8377

4
   Attorney for: Defendant Clarin Tambot-Queremit
5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,          )  CR 10-0242 WHA (BZ)
                                        )
13 |        Plaintiff,                  )
                                        )
14 |    vs.                             )  UNOPPOSED MOTION AND [PROPOSED]
                                        )  ORDER TO MODIFY CONDITIONS OF
15 | CLARIN TAMBOT-QUEREMIT,            )  RELEASE TO ALLOW DEFENDANT TO
                                        )  TRAVEL TO VALLEJO IN THE EASTERN
16 |        Defendant.                  )  DISTRICT OF CALIFORNIA FOR ONE
                                        )  DAY
17                                      )
                                        )
18                                      )
                                        )
19 |_____)

20
        Defendant Clarin Tambot-Queremit, through her attorney, hereby respectfully requests
21
   that the Court modify the conditions of her release to allow her to travel to Vallejo in the Eastern
22
   District of California this coming weekend (on July 3, 4 or 5). The reason is to go with a
23
   visiting relative and other family members to Six Flags. Ms. Tambot-Queremit is free on bail.
24
   She is charged with conspiracy to commit mail fraud by falsifying a mortgage loan application
25
   while working as a loan processor. Her conditions of release restrict her travel to the Northern
26
   District of California, and Vallejo is just slightly outside the Northern District.
27

28

1    Ms. Tambot-Queremit's Pretrial Services Officer, Mr. Josh Libby, and the U.S. Attorney

2  handling this case, Tracie Brown, Esq., have both graciously stated that they do not oppose this

3  motion.

4    This motion is being served on the prosecutor via ECF, and will be faxed to the Pretrial

5  Services Officer.

6    For the foregoing reasons, Ms. Tambot-Queremit respectfully asks the Court to enter the

7  Order below.

8    Dated:  June 30, 2010                        Respectfully submitted,

9

10                                          ___/s/ Mark D. Eibert_____
                                            Mark D. Eibert
11                                          Attorney for Defendant
                                            Clarin Tambot-Queremit
12

13                                          **ORDER**

14    GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that defendant

15  Clarin Tambot-Queremit can travel to the area of Vallejo, California, in the Eastern District of

16  California,  on July 3, 4 or 5, 2010, returning to the Northern District on the same day she departs

17  from it.  She shall provide Pretrial Services with any information they request about this trip

18  before leaving.

19    IT IS SO ORDERED.

20    Dated 30 June 2010

21                                          Hon. Bernard Zimmerman
22                                          United States Magistrate Judge

23

24

25

26

27

28